# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br>     Plaintiff, <br><br> and <br><br> DIANA ALTIERI-HAND <br><br>     Intervenor Plaintiff, <br><br> v. <br><br> LIFECARE MANAGEMENT SERVICES, LLC and LIFECARE HOSPITALS OF PITTSBURGH, INC., <br><br>     Defendants. | Civil Action No. 2:08-cv-01358 <br><br> Judge Gary L. Lancaster <br><br><br><br><br><br><br><br><br><br><br><br> ELECTRONICALLY FILED |

## STIPULATION OF DISMISSAL

Defendants, LifeCare Management Services, LLC and LifeCare Hospitals of Pittsburgh, Inc. ("Defendants"), and Intervenor Plaintiff, Diana Altieri-Hand ("Intervenor Plaintiff"), by their undersigned counsel and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of Intervenor Plaintiff's claims against Defendants. This Court will retain jurisdiction for purposes of interpreting and enforcing the Settlement Agreement. Each party will bear its own costs.

| FOR INTERVENOR PLAINTIFF: | FOR DEFENDANTS: |
|---|---|

/s/ *Helen R. Kotler*
Helen R. Kotler, Esq., PA I.D. No. 23572
hrkotler@yahoo.com

Suite 1110 Centre City Tower
650 Smithfield Street
Pittsburgh, PA 15222
412.281.6538
412.281.7625 (fax)

David F. Weiner, Esq., PA I.D. No. 18808
dfweiner@prosuites.com

Carlin & Weiner
Suite 660 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219
412.391.2857
412.261.2760 (fax)

*Counsel for Intervenor, Diana Altieri-Hand*

/s/ *Christopher Michalski*
Theodore A. Schroeder, PA I.D. No. 80559
tschroeder@littler.com
Christopher Michalski, PA I.D. No. 93236
cmichalski@littler.com

LITTLER MENDELSON, P.C.
625 Liberty Avenue, 26th Floor
Pittsburgh, PA 15222
412.201.7624/7634
412.456.2377 (fax)

*Counsel for Defendants,*
*LifeCare Management Services, LLC and*
*LifeCare Hospitals of Pittsburgh, Inc.*

Firmwide:88430743.1 053244.1014

SO ORDERED, this _____ day of May, 2009.

_____, J.
Gary L. Lancaster, U.S. District Judge